■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERWIN JACKSON, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 21, 1979, convicting him of robbery in the second degree (four counts), assault in the second degree, grand

larceny in the second degree and grand larceny in the third degree (two counts), upon a jury verdict, and imposing sentence. Case remitted to the County Court to hear and report on the issue of whether the defendant was deprived of his right to a speedy trial (see CPL 30.20, 30.30), and appeal held in abeyance during the interim. Due, in part, to the failure of the County Court to order a hearing on defendant's speedy trial motion, the record is insufficient to permit us to intelligently review defendant's claim that his right to a speedy trial has been violated. Mangano, J.P., Gibbons, Gulotta and O'Connor, JJ., concur.